IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE SOTO,

     Plaintiff,

  v.

CO KELLY, CO GRANT, CO DONOVAN,
CO GEE, CO CROCKER, TRAVIS
BITTELMAN, DALIA SULIENE, DIANE
LANE, JANEL NICKEL, SGT. HEINECKE,
SGT. ROYCE, SGT. SIRELL, LORI ALSUM,
CAPTAIN RADTKE, CO WILEY,
CO LAFERVE, AND CAPTAIN MORGAN,

     Defendants.

ORDER

Case No. 14-cv-514-jdp

Plaintiff Jose Soto, an inmate at the Waupun Correctional Institution, filed this case through his attorney, Gabriel Galloway, on July 23, 2014. Plaintiff filed a request to proceed without prepayment of the fees and costs, and on September 2, 2014, the court received plaintiff's initial partial filing fee in the amount of $100.19. At that time, the complaint was placed under advisement to this court for screening under the 1996 Prison Litigation Reform Act. Under the Act, plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A.

Before the initial partial filing fee was paid, however, plaintiff's counsel sought waivers of service of summons from the defendants in this action and the State of Wisconsin Attorney General's Office agreed to waive service by summons. Now, the defendants have filed a motion for the court to issue its screening order and for an extension of time to respond to plaintiff's complaint following issuance of the screening order. Defendants' request will be granted. Accordingly, IT IS ORDERED that defendants may have 20 days

1

following screening of plaintiff Jose Soto's complaint to answer or otherwise respond to plaintiff's complaint.

Entered this 23rd day of September, 2014.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge