IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSE SOTO,

                Plaintiff,

  v.

KELLY RICKEY, MATTHEW GRANT,
RICK DONOVAN, WILLIAM GEE,
JASON KROCKER, and WILLIAM LEFEVRE,

                Defendants.

ORDER

14-cv-514-jdp

---

The court has revised drafts of the voir dire questions, introductory jury instructions, post-trial jury instructions, and special verdict form, which are attached. The court may further revise the drafts in light of discussions at the final pretrial conference.

Entered July 19, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge