IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSE SOTO,

                Plaintiff,

  v.                                            ORDER

KELLY RICKEY, MATTHEW GRANT,
RICK DONOVAN, WILLIAM GEE,              14-cv-514-jdp
JASON KROCKER, and WILLIAM LEFEVRE,

                Defendants.

---

The court and the parties discussed the draft post-trial jury instructions and verdict form as distributed. The court made several changes to the post-trial jury instructions and verdict form based on the parties' requests, to which no objections were made. Final versions of the post-trial jury instructions and verdict form are attached to this order.

Entered July 24, 2017.

                                              BY THE COURT:

                                              /s/

                                              _____
                                              JAMES D. PETERSON
                                              District Judge