IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSE SOTO,

    Plaintiff,

v.

KELLY RICKEY, MATTHEW GRANT,
RICK DONOVAN, WILLIAM GEE,
JASON KROCKER, TRAVIS BITTELMAN,
DALIA SULIENE, DIANE LANE,
JANEL NICKEL, SGT. HEINECKE,
SGT. ROYCE, SGT. SIRELL,
LORI ALSUM, CAPTAIN RADTKE,
C.O. WILEY, WILLIAM LEFEVRE,
and CAPTAIN MORGAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-514-jdp

---

    This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) Denying plaintiff Jose Soto leave to proceed against defendants Diane Lane, Captain Morgan, Janel Nickel, Captain Radtke, Sgt. Royce, Sgt. Sirell, Dalia Suliene, C.O. Wiley, Lori Alsum and Sgt. Heinecke.

(2) Granting summary judgment in favor of defendant Travis Bittelman;

(3) Granting judgment as a matter of law in favor of defendant William Gee; and

(4) Granting judgment in favor of defendants Kelly Rickey, Matthew Grant, Rick Donovan, Jason Krocker, and William LeFevre in accordance with the jury's verdict.

Approved as to form this 25TH day of July, 2017.

_____
James D. Peterson
District Judge

_____  7/25/17
Peter Oppeneer, Clerk of Court     Date